1

2                      UNITED STATES DISTRICT COURT

3                          DISTRICT OF NEVADA

4    J.P. MORGAN SECURITIES LLC,           Case No. 2:25-cv-01270-ART-EJY

5                            Plaintiff,    **ORDER ADMINISTRATIVELY
                                           CLOSING CASE**
6         v.

7    LORRAINE B. CALCOTE,

8                            Defendant.

9         Plaintiff J.P. Morgan Securities LLC and Defendant Lorraine B. Calcote

10   entered into a consent stipulated order. (ECF No. 15.) Under this agreement, the

11   parties' dispute proceeds to arbitration before FINRA Dispute Resolution. *Id.* This

12   action is therefore stayed, and a notice of dismissal must be filed within fourteen

13   days of the conclusion of arbitration.

14        The Court orders that J.P. Morgan's motion for a temporary restraining

15   order (ECF No. 3), motion for preliminary injunction (ECF No. 4), and motion to

16   expedite discovery (ECF No. 5) are DENIED as moot.

17        The Clerk of Court is kindly instructed to administratively close this case.

18
         DATED: August 1, 2025.
19

20

21                                        _____

22                                        ANNE R. TRAUM
                                          UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28